UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMMODITY FUTURES TRADING
COMMISSION,

      Plaintiff,

v.

AURIFEX COMMODITIES RESEARCH
COMPANY, AURIFEX RESEARCH L.L.C.,
TY KLOTZ, individually and d/b/a AURIFEX
INVESTMENTS, and MONETTE KLOTZ,
individually and d/b/a AURIFEX
INVESTMENTS,

      Defendants.
      _____/

File No. 1:06-CV-166

HON. ROBERT HOLMES BELL

**MEMORANDUM OPINION AND ORDER ON RECEIVER'S
ELEVENTH AND TWELFTH REQUESTS FOR COMPENSATION**

    This matter is before the Court on the Receiver's eleventh and twelfth requests for approval of compensation. No objections have been filed to these requests.

    On March 27, 2006, this Court appointed Rodger D. Young as Receiver for Defendants Aurifex Commodities Research Company, Aurifex Research, L.L.C., Ty Klotz, individually and d/b/a Aurifex Investments, and Monette Klotz, individually and d/b/a Aurifex Investments, and their affiliates and subsidiaries, (the "Receivership Defendants"), and of all the funds, properties, premises accounts and other assets directly or indirectly owned, beneficially or otherwise by the Receivership Defendants.

As noted in the order appointing the Receiver, the Receiver and all personnel hired by him as authorized in the order, are entitled to reasonable compensation for the performance of their duties and for the cost of actual out-of-pocket expenses incurred, if they were reasonably likely to benefit the receivership estate or were necessary to the administration of the estate. (Docket # 20).

The Receiver's eleventh request for approval of compensation covers the time period from February 1, 2007, through February 28, 2007. The billing statement reflects 9.6 hours billed by the Receiver at $300 per hour, 4.5 hours billed by Jason D. Killips at $170 per hour, 5.6 hours billed by a legal assistant at $40 per hour, and costs of $159.81, for a total of $4,028.81.

The Receiver's twelfth request for approval of compensation covers the time period from March 1, 2007, through March 31, 2007. The billing statement reflects 10.3 hours billed by the Receiver at $300 per hour, 6 hours billed by a legal assistant at $40 per hour, and costs of $39.52, for a total of $3,369.52.

The Court's primary concern in awarding professional fees is that the fees be reasonable. *See Reed v. Rhodes,* 179 F.3d 453, 471 (6th Cir. 1999). Upon review of the Receiver's eleventh and twelfth requests for approval of compensation, the Court is satisfied that fees and costs billed are for services actually rendered and costs actually incurred, that they were reasonably likely to benefit the receivership estate or were necessary to the administration of the estate, and that they are reasonable in amount. Accordingly,

**IT IS HEREBY ORDERED** that the Receiver's eleventh and twelfth requests for approval of compensation (Docket #'s 142 &143) are **GRANTED**.

**IT IS FURTHER ORDERED** that the Receiver is authorized to charge **$7,398.33** against the Receivership assets for professional services rendered by the Receiver and his counsel for the time period from February 1, 1007, through March 31, 2007.

Date:     May 23, 2007              /s/ Robert Holmes Bell
                                    ROBERT HOLMES BELL
                                    CHIEF UNITED STATES DISTRICT JUDGE